# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| IN THE MATTER OF THE SEARCH OF: | ) | **ORDER** |
|---|---|---|
| | ) | |
| 3503 Arthur Lane, Minot, North Dakota | ) | Case No. 1:21-mj-306 |

In the affidavit filed in support of the above-captioned Search Warrant, the affiant requested that this matter remain under seal until July 13, 2022.

The court **ORDERS** that all materials associated with the above-captioned Search Warrant, including the Search Warrant, Application for Search Warrant, supporting affidavit, Search Warrant Return shall remain under seal until July 13, 2022, at which time this matter shall be unsealed without further order of the court.

Dated this 2nd day of November, 2021.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court